BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Ste. 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant CALDERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00712-CW |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER CONTINUING DATES AND PERMITTING DEFENSE REVIEW OF ELECTRONICALLY RECORDED DISCOVERY IN GLEN DYER FACILITY |
| v. ) | |
| KEVIN CALDERA ) | |

# ORDER

FINDINGS OF THE COURT:

   1. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

   2. The continuance is required to accommodate the defendants' continuing investigation and research of this case, including the review and translation of numerous tapes, videos, and documents.

   IT IS HEREBY ORDERED that a period of time of FOUR weeks and be excluded under the speedy trial act, 18 U.S.C. Section 3161(H)(8)(A) and (B), between February 13, 2006 and, March

13, 2006.  Further, upon stipulation of the parties to the above-entitled matter and good cause appearing,

   IT IS HEREBY ORDERED that  the STATUS HEARING date of February 13, 2006, presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and a re-set for March 13, 2006 at 2:00 p.m.  Further, upon stipulation of the parties to the above-entitled matter and good cause appearing

   IT IS HEREBY ORDERED that the defense  may review audio, video, CD-ROM, and DVD-R materials with Mr. Caldera in the Glen Dyer Detention Facility, and that equipment not supplied by the facility may be brought by counsel to the facility.

DATED:   2/10/06

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

