1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Ste. 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant CALDERA

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )
                                        ) No. CR-05-00712-CW
                  Plaintiff,            )
12                                      ) [PROPOSED] ORDER CONTINUING
         v.                             ) DATE
13                                      )
   KEVIN CALDERA                        )
14                                      )
                                        )
15                                      )
                                        )
16

17

18                        **ORDER**

19 FINDINGS OF THE COURT:

20     1. The ends of justice served by the granting of the continuance outweigh the best interests

21 of the public and the defendant in a speedy and public trial.

22     2. The continuance is required to accommodate the defendants' continuing investigation and

23 research of this case, including the review and translation of numerous tapes, videos, and

24 documents.

25     IT IS HEREBY ORDERED that a period of time of FIVE weeks and be excluded under the

26 speedy trial act, 18 U.S.C. Section 3161(H)(8)(A) and (B), between March 13, 2006 and, April

1  17, 2006.  Further, upon stipulation of the parties to the above-entitled matter and good cause
2  appearing,
3      IT IS HEREBY ORDERED that  the MOTIONS SETTING HEARING date of March 13,
4  2006, presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and a
5  re-set for April 17, 2006 at 2:00 p.m.
6
7  DATED:    3/10/06
8                                                                   _____
9                                                                   HON. CLAUDIA WILKEN
                                                                     UNITED STATES DISTRICT JUDGE