SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Avenue #4
Oakland, California 94610
Phone: 510/832-3555

Attorney for Defendant KEVIN CALDERA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KEVIN CALDERA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 05-712-CW <br><br> STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING BRIEFING SCHEDULE <br><br> Hearing Date: September 11, 2006 <br> Time: 2:00 p.m. <br> Judge: Hon. Claudia Wilken |

Plaintiff, United States of America and defendant Kevin Caldera, by and through their respective counsel of record, hereby agree and stipulate that the briefing schedule set by the Court on April 17, 2006 should be amended to allow defendant additional time to review discovery, in light of some additional discovery (disks which the government provided but may have become damaged), the status of which only just came to the attention of counsel.  The government is in the process of obtaining new copies of the missing computer disks and will provide them as soon as they are available.  Under the original briefing schedule, all dispositive motions were to be filed by June 26, 2006.  The hearing is currently set for September 11, 2006 at 2:00 p.m.  The proposed modifications to the briefing schedule do not alter the hearing date.

The parties agree that an additional thirty days is required in the interests of justice to allow counsel to prepare.  Counsel for defendant will be out of the state on vacation

1

between July 20 and July 27, so an additional week is sought. The parties request the Court to enter an order adopting the following briefing and hearing schedule:

    Defendant's Motions Due: August 2, 2006

    Government's Response Due: August 25, 2006

    Defendant's Optional Reply Brief Due: September 5, 2006

    Hearing on Motions: September 11, 2006

The parties agree to an exclusion of time under the Speedy Trial Act, because failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny continuity of counsel. Therefore, the parties agree that the Court shall order that the Speedy Trial clock shall be tolled for the reasons stated above from this date through September 11, 2006, pursuant to the Speedy Trial Act, 18 U.S.C. §3161 (h)(1)(F) and (h)(8)(B)(iv).

IT IS SO STIPULATED:

DATED: June 8, 2006            /S/ Suzanne A. Luban
                                   SUZANNE A. LUBAN,
                                   Counsel for Defendant Cooper

DATED: June 8, 2006            /S/ Lewis A. Davis[1]
                                   LEWIS A. DAVIS
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.
                                   /S/   Suzanne A. Luban
                                   SUZANNE A. LUBAN
                                   Counsel for Defendant Cooper

1  For Good Cause Shown, IT IS SO ORDERED, and the Court finds that the Speedy
2  Trial exclusions stated above are proper, and that the interest of justice is served by this
3  continuance for the reasons stated above..

4
5  Dated: ___6/12___, 2006

    _____
    HON. CLAUDIA WILKEN
    U.S. District Judge