SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Avenue #4
Oakland, California 94610
Phone: 510/832-3555

Attorney for Defendant KEVIN CALDERA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05-712-CW |
| Plaintiff, | ) ) | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING SENTENCING HEARING |
| vs. | ) ) | |
| KEVIN CALDERA, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | Judge: Hon. Claudia Wilken |

    The presentence investigation has been delayed as a result of a combination of factors, including vacations on the part of defense counsel and the probation officer and a delay in reassigning this case to another Assistant U.S. Attorney after the departure of the previously assigned AUSA. As a result, the parties wish to continue the sentencing hearing to allow the probation officer sufficient time to assemble the necessary information and prepare the presentence report. The defendant remains incarcerated in the North County Jail.

    Plaintiff, the United States of America and defendant Kevin Caldera, by and through their respective counsel of record, hereby agree and stipulate that the

/ / / /

/ / / /

1

1  previously set sentencing date of November 13, 2006 at 2:00 p.m. shall be continued until
2  Monday, December 4, 2006 at 2:00 p.m.
3  IT IS SO STIPULATED:
4
5  DATED: October 10, 2006                    /S/ Suzanne A. Luban
                                              SUZANNE A. LUBAN,
6                                             Counsel for Defendant Cooper
7
8  DATED: October 10, 2006                    /S/ Kimberly Briggs[1]
                                              KIMBERLY BRIGGS
9                                             Assistant United States Attorney
                                              Counsel for Plaintiff
10
11
12  _____
13
14     For Good Cause Shown, IT IS SO ORDERED.
15     Dated: __10/11__, 2006
16                                             _____
                                               HON. CLAUDIA WILKEN
17                                             U.S. District Judge
18
19
20
21
22
23
24
_____
25
     [1] I hereby attest that I have on file all holograph signatures for any signatures
26   indicated by a "conformed" signature (/S/) within this efiled document.
27                                              /S/   Suzanne A. Luban
                                               SUZANNE A. LUBAN
28                                             Counsel for Defendant Cooper